WRIGHT, FINLAY & ZAK, LLP
Dana Jonathon Nitz, Esq.
Nevada Bar No. 0050
Yanxiong Li, Esq.
Nevada Bar No. 12807
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
yli@wrightlegal.net
*Attorneys for Plaintiff, Deutsche Bank National Trust Company, as Trustee for Morgan Stanley Dean Witter Capital I Inc. Trust 2003-NC2, Mortgage Pass-Through Certificates, Series 2003-NC2*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR MORGAN STANLEY DEAN WITTER CAPITAL I INC. TRUST 2003-NC2, MORTGAGE PASSTHROUGH CERTIFICATES, SERIES 2003- NC2,<br><br>Plaintiff,<br><br>vs.<br><br>SATICOY BAY LLC SERIES 1236 DUSTY CREEK STREET; DURANGO TRAILS HOMEOWNERS ASSOCIATION, INC.; HOMEOWNER ASSOCIATION SERVICES, INC.,<br><br>Defendants. | Case No.:  2:17-cv-01667-APG-CWH<br><br>**MOTION TO LIFT STAY** |

Plaintiff, Deutsche Bank National Trust Company, as Trustee for Morgan Stanley Dean Witter Capital I Inc. Trust 2003-NC2, Mortgage Pass-Through Certificates, Series 2003-NC2 ("Deutsche Bank"), by and through its attorneys of record, Dana Jonathon Nitz, Esq. and Yanxiong Li, Esq. of the law firm of Wright Finlay & Zak LLP, hereby request that this Court lift the stay entered on June 20, 2017 [ECF No. 6].

On June 20, 2017, this Court entered an Order Staying Case, staying all proceedings in this action pending a decision on the petition for certiorari in *Bourne Valley Ct. Trust v. Wells*

1  *Fargo Bank*, 832 F.3d 1154 (9th Cir. 2016), by the U.S. Supreme Court. The Order provided
2  that "[o]nce the proceedings in the United States Supreme Court in *Bourne Valley Court Trust v.*
3  *Wells Fargo Bank* have concluded, any party may move to lift the stay." [ECF No. 6 at 3].
4      On June 26, 2017, the U.S. Supreme Court denied the petition for certiorari. A copy of
5  the *Bourne Valley* docket is attached hereto as Exhibit 1. Therefore, Deutsche Bank respectfully
6  requests that this Court lift the stay.
7      DATED this 19th day of September, 2017.

        WRIGHT, FINLAY & ZAK, LLP

        /s/ Yanxiong Li, Esq.
        Dana Jonathon Nitz, Esq.
        Nevada Bar No. 50
        Yanxiong Li, Esq.
        Nevada Bar No. 12807
        7785 W. Sahara Ave., Suite 200
        Las Vegas, Nevada 89117
        (702) 475-7964; Fax: (702) 946-1345
        yli@wrightlegal.net
        *Attorneys for Plaintiff, Deutsche Bank National Trust Company, as Trustee for Morgan Stanley Dean Witter Capital I Inc. Trust 2003-NC2, Mortgage Pass-Through Certificates, Series 2003-NC2*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I am an employee of WRIGHT, FINLAY & ZAK, LLP and that I electronically served on the 19th day of September, 2017, the foregoing **MOTION TO LIFT STAY** to all parties and counsel as identified on the Court-generated Notice of Electronic Filing.

/s/ Kelli Wightman
An Employee of WRIGHT, FINLAY & ZAK, LLP