MICHAEL F. BOHN, ESQ.
Nevada Bar No.;1641
mbohn@bohnlawfirm.com
NIKOLL NIKCI, ESQ.
Nevada Bar No. 10699
nnikci@bohnlawfirm.com
LAW OFFICES OF
MICHAEL F. BOHN, ESQ., LTD.
2260 Corporate Circle, Suite 480
Henderson, NV 89074
(702)642-3113/ (702) 642-9766 FAX

Attorney for defendant Saticoy Bay,
LLC Series 1236 Dusty Creek

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR MORGAN STANLEY DEAN WITTER CAPITAL I INC. TRUST 2003-NC2, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2003-NC2,<br><br>Plaintiff,<br><br>vs.<br><br>SATICOY BAY LLC SERIES 1236 DUSTY CREEK STREET; DURANGO TRIALS HOMEOWNERS ASSOCIATION, INC.; HOMEOWNER ASSOCIATION SERVICES, INC.,<br><br>Defendants. | CASE NO.: 2:17-cv-01667-APG-CWH<br><br>**ORDER**<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT SATICOY BAY, LLC 1236 DUSTY CREEK STREET TO FILE REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS COMPLAINT**<br>**(First Request)** |

-1-

| | |
|---|---|
| SATICOY BAY LLC SERIES 1236 DUSTY CREEK STREET,<br><br>　　　　　Counterclaimant,<br><br>vs.<br><br>DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR MORGAN STANLEY DEAN WITTER CAPITAL I INC. TRUST 2003-NC2, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2003-NC2,<br><br>　　　　　Counterdefendant. | |

Plaintiff/counter-defendant Deutsche Bank National Trust Company, as Trustee for Morgan Stanley Dean Witter Capital I Inc. Trust 2003-NC2, Mortgage Pass-Through Certificates, Series 2003-NC2 and defendant/counterclaimant Saticoy Bay LLC Series 1236 Dusty Creek Street by and through their respective counsel, hereby agree and stipulate as follows:

1. On April 3, 2019, Saticoy Bay filed a motion to dismiss plaintiff's complaint;

2. Deutsche Bank's opposition was filed on April 17, 2019;

3. Saticoy Bay's reply was due on April 24, 2019;

4. Saticoy Bay timely prepared the reply, however, inadvertently did not file it on April 24, 2019;

5. Saticoy Bay requests leave to file its reply, and will not need more than one day from filing of the Court's order granting leave;

6. Counsel for Deutsche Bank does not oppose the request;

/ / /

/ / /

/ / /

7. This stipulation is made in good faith and not for purposes of delay.

DATED this 26th day of April, 2019.                    DATED this 26th day of April, 2019.

LAW OFFICES OF                                          WRIGHT, FINLAY & ZAK, LLP
MICHAEL F. BOHN, ESQ.

*/s/ Michael F. Bohn*                                    */s/ Aaron D. Lancaster*
Michael F. Bohn, Esq.                                    R. Samuel Ehlers, Esq.
Nikoll Nikci, Esq.                                       Aaron D. Lancaster, Esq.
2260 Corporate Circle                                    7785 W. Sahara Ave., Ste. 200
Suite 480                                                Las Vegas, NV 89117
Henderson, Nevada 89074                                  Attorneys for Plaintiff Deutsche Bank National
Attorneys for Defendant Saticoy Bay                      Trust Company, as Trustee for Morgan Stanley
LLC Series 1236 Dusty Creek                              Dean Witter Capital I Inc. Trust 2003-NC2,
                                                         Mortgage Passthrough Certificates, Series 2003-NC2

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT COURT JUDGE

Dated: April 29, 2019.