| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7 | ROBERT T. ROBBINS, ESQ.<br>Nevada Bar No. 6109<br>rrobbins@robbinslawfirm.legal<br>ELIZABETH B. LOWELL, ESQ.<br>Nevada Bar No. 8551<br>elowell@robbinslawfirm.legal<br>**ROBBINS LAW FIRM**<br>1050 Indigo Dr., Suite 200<br>Las Vegas, NV 89145<br>T: (702) 889-6665; F: (702) 889-6664<br>*Attorneys for Durango Trails Homeowners Association, Inc.* |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR MORGAN STANLEY DEAN WITTER CAPITAL I INC. TRUST 2003-NC2, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2003-NC2,<br><br>Plaintiff,<br><br>vs.<br><br>SATICOY BAY LLC SERIES 1236 DUSTY CREEK STREET; DURANGO TRAILS HOMEOWNERS ASSOCIATION, INC.; HOMEOWNER ASSOCIATION SERVICES, INC.,<br><br>Defendants. | Case No. 2:17-cv-1667-APG-CWH<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DURANGO TRAILS HOMEOWNERS ASSOCIATION, INC. TO FILE ITS RESPONSE TO PLAINTIFF'S PARTIAL MOTION FOR SUMMARY JUDGMENT [ECF #40] (FIRST REQUEST)** |
| DURANGO TRAILS HOMEOWNERS ASSOCIATION, INC.,<br><br>Cross-Claimant,<br><br>vs.<br><br>HOMEOWNER ASSOCIATION SERVICES, INC.,<br><br>Cross-Defendant. | |

1

**STIPULATION AND ORDER TO EXTEND TIME FOR DURANGO TRAILS HOMEOWNERS ASSOCIATION, INC.'S TO FILE ITS RESPONSE TO PLAINTIFF'S PARTIAL MOTION FOR SUMMARY JUDGMENT [ECF #40]**

COMES NOW, Defendant DURANGO TRAILS HOMEOWNERS ASSOCIATION, INC ("Durango Trails") by and through its attorneys of record, the Robbins Law Firm, Plaintiff/Counterdefendant DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR MORGAN STANLEY DEAN WITTER CAPITAL I INC. TRUST 2003-NC2, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2003-NC2 ("Plaintiff" or "Deutsche Bank"), by and through their attorneys of record, Samuel Ehlers, Esq. and Aaron Lancaster, Esq., of the law firm of Wright, Finlay & Zak, LLP; and Defendant/Counterclaimant, SATICOY BAY LLC SERIES 1236 DUSTY CREEK STREET; DURANGO TRAILS HOMEOWNERS ASSOCIATION, INC.; HOMEOWNER ASSOCIATION SERVICES, INC ("Defendant" or "Saticoy Bay"), by and through its attorneys of record Adam Trippiedi, Esq. of the Law Offices of Michael Bohn, Esq., Ltd. And hereby stipulate as follows:

On June 5, 2019, Deutsche Bank filed Plaintiff's Partial Motion for Summary Judgment (ECF No. 40) (the "Motion"), with a Response due on June 26, 2019. The parties hereby agree to extend the deadline for Durango Trails to file and serve its response to the Motion from June 26, 2019 up to and including July 3, 2019.

//
//
//
//
//
//
//
//

This is the parties' first request for extension of this deadline, and is not intended to cause any delay or prejudice to any party.

| | |
|---|---|
| DATED this 26th day of June, 2019.<br><br>**WRIGHT, FINLAY & ZAK, LLP**<br><br>*/s/ Aaron Lancaster*<br><br>R. Samuel Ehlers, Esq.<br>Nevada Bar No. 9313<br>Aaron Lancaster, Esq.<br>Nevada Bar No. 10115<br>7785 W. Sahara Ave., Suite 200<br>Las Vegas, NV 89117<br>(702) 475-7964; Fax: (702) 946-1345<br>sehlers@wrightlegal.net<br>alancaster@wrightlegal.net<br>*Attorneys for Plaintiff, Deutsche Bank National Trust Company, as Trustee for Morgan Stanley Dean Witter Capital I Inc. Trust 2003-NC2, Mortgage Pass-Through Certificates, Series 2003-NC2* | DATED this 26th day of June, 2019.<br><br>**THE ROBBINS LAW FIRM**<br><br>*/S/ ELIZABETH LOWELL*<br><br>ROBERT T. ROBBINS, ESQ.<br>Nevada Bar No. 6109<br>ELIZABETH B. LOWELL, ESQ.<br>Nevada Bar No. 8551<br>E-Mail: elowell@robbinslawfirm.legal<br>1050 Indigo Dr., Suite 200<br>Las Vegas, Nevada 89145<br>*Attorneys for:*<br>*Defendant, Durango Trails Homeowners Association* |
| DATED this 26th day of June, 2019.<br><br>**LAW OFFICES OF MICHAEL F. BOHN, ESQ., LTD.**<br><br>*/S/ ADAM TRIPPIEDI*<br><br>MICHAEL F. BOHN, ESQ.<br>Nevada Bar No. 1641<br>ADAM TRIPPIEDI, ESQ.<br>Nevada Bar No. 12294<br>E-Mail: mbohn@bohnlawfirm.com<br>atrippiedi@bohnlawfirm.com<br>2260 Corporate Circle, Suite 480<br>Henderson, Nevada 89074<br>*Attorneys for:*<br>*Defendant/Counterclaimant Saticoy Bay, LLC Series 1236 Dusty Creek Street* | |

**ORDER**

IT IS HEREBY ORDERED that Durango Trails shall have until July 3, 2019, to file and serve its responses to Plaintiff's Partial Motion for Summary Judgment (ECF No. 40).

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE
Dated: June 27, 2019.

Respectfully Submitted by:

DATED this 26th day of June, 2019.

THE ROBBINS LAW FIRM

*/S/ ELIZABETH LOWELL*
_____

ROBERT T. ROBBINS, ESQ.
Nevada Bar No. 6109
ELIZABETH B. LOWELL, ESQ.
Nevada Bar No. 8551
E-Mail: elowell@robbinslawfirm.legal
1050 Indigo Dr., Suite 200
Las Vegas, Nevada 89145
*Attorneys for:*
*Defendant, Durango Trails Homeowners Association*