WRIGHT, FINLAY & ZAK, LLP
R. Samuel Ehlers, Esq.
Nevada Bar No. 9313
Aaron D. Lancaster, Esq.
Nevada Bar No. 10115
7785 W. Sahara Ave., Suite 200
Las Vegas, Nevada 89117
(702) 475-7964; Fax: (702) 946-1345
alancaster@wrightlegal.net
*Attorneys for Plaintiff, Deutsche Bank National Trust Company, as Trustee for Morgan Stanley Dean Witter Capital I Inc. Trust 2003-NC2, Mortgage Pass-Through Certificates, Series 2003-NC2*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR MORGAN STANLEY DEAN WITTER CAPITAL I INC. TRUST 2003-NC2, MORTGAGE PASSTHROUGH CERTIFICATES, SERIES 2003-NC2;<br><br>Plaintiff,<br>vs.<br><br>SATICOY BAY LLC SERIES 1236 DUSTY CREEK STREET; DURANGO TRAILS HOMEOWNERS ASSOCIATION, INC.; HOMEOWNER ASSOCIATION SERVICES, INC.;<br><br>Defendants. | Case No.: 2:17-cv-01667-APG-CWH<br><br>**PLAINTIFF'S STIPULATION AND ORDER EXTENDING DEADLINES** |
| AND RELATED CLAIMS | |

COMES NOW Plaintiff/Counterdefendant, Deutsche Bank National Trust Company, as Trustee for Morgan Stanley Dean Witter Capital I Inc. Trust 2003-NC2, Mortgage Pass-Through Certificates, Series 2003-NC2 ("Deutsche Bank") and Defendant/Counterclaimant Saticoy Bay LLC Series 1236 Dusty Creek Street (collectively, the "Parties"), by and through their respective counsel stipulate and agree as follows:

1. Deutsche Bank filed its Plaintiff's Partial Motion for Summary Judgment on June 5, 2019 [ECF No. 40] ("Motion").

2. Saticoy Bay LLC Series 1236 Dusty Creek Street filed its Opposition to Deutsche Bank's Partial Motion for Summary Judgment in the above case on June 26, 2019, [ECF 44] ("Opposition").

3. Deutsche Bank's Reply to the Opposition is due July 10, 2019.

The parties have agreed to extend the deadlines for Deutsche Bank to file its Reply to the Opposition to July 17, 2019.

Plaintiff's counsel requests this extension as he has been out of the office for personal reasons for some of the time since the filing of the Opposition. Additionally, Plaintiff's Reply to the HOA's Opposition is due July 17, 2019, and Plaintiff's counsel has been handling complex briefing in other matters that have monopolized much of his time.

**IT IS SO ORDERED** this 9th day of July, 2019.

_____
UNITED STATES DISTRICT JUDGE

Agreed to by:

**LAW OFFICES OF MICHAEL F. BOHN, ESQ., LTD.**

*/s/ Michael F. Bohn*
Michael F. Bohn, Esq.
Nevada Bar No. 1641
2260 Corporate Circle, Suite 480
Las Vegas, NV 89074
*Attorneys for Saticoy Bay LLC Series 1236 Dusty Creek Street*

**Wright Finlay & Zak, LLP**
*/s/ Aaron D. Lancaster*
Aaron D. Lancaster, Esq.
Nevada Bar No. 10115
7785 W. Sahara Avenue, #200
Las Vegas, NV 89117
*Attorneys for Plaintiff*