# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY,<br><br>Plaintiff<br><br>v.<br><br>SATICOY BAY LLC SERIES 1236 DUSTY CREEK STREET, et al.,<br><br>Defendants | Case No.: 2:17-cv-01667-APG-EJY<br><br>**Order for Joint Proposed Pretrial Order** |

As I stated in my prior order, plaintiff Deutsche Bank National Trust Company's unjust enrichment claim against defendant Saticoy Bay LLC Series 1236 Dusty Creek Street related to the payment of taxes, insurance, and other expenses remains pending. ECF No. 54 at 2. More than 30 days have passed since my order, but the parties have not filed a joint proposed pretrial order on the remaining claim.

I THEREFORE ORDER the parties to file a joint proposed pretrial order on the remaining claim or a stipulation to dismiss by February 21, 2020. If no proposed order is filed, I will dismiss the remaining claim and close this case.

DATED this 24th day of January, 2020.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE